IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PERRY ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-02169-K-BT |
| | § | |
| SELENE FINANCE LP, and | § | |
| MASSACHUSETTS MUTUAL | § | |
| LIFE INSURANCE, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 18, 2025. Defendant Selene Finance, LP, and Massachusetts Mutual Life Insurance, filed Defendants' Unopposed Notice of Consent to Remand on March 3, 2025.

The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**Signed March 5th, 2025.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE